In the Matter of the Claim of JOSEPH ARGIRO, Respondent, against ROSMAY BUILDING CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.